### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | |
|---|---|
| MARC E. KOSJER, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| | ) Case No. 6:17-CV-01181-JTM-JPO |
| | ) |
| vs. | ) |
| | ) |
| COFFEYVILLE RESOURCES CRUDE | ) |
| TRANSPORTATION, LLC; and | ) |
| CVR ENERGY, INC., | ) |
| | ) |
| DEFENDANTS. | ) |

### ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties filed herein, under FRCP 41(a)(1)(A)(ii), it is THEREFORE ORDERED that the above-captioned action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party to bear their own attorney's fees and costs.  The clerk of the court is directed to close the file.

Date: September 11, 2018

                                                            _____s/ John W. Broomes_____
                                                            JOHN W. BROOMES
                                                             UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:


\_\_\_/s/  Dustin L DeVaughn_____
Dustin L. DeVaughn #16559
Kathryn A. Wright, #27478
DeVaughn James Injury Lawyers
3241 N. Toben
Wichita, KS 67226
P: 316-977-9999
F: 316-425-0414
ddevaughn@devaughnjames.com
kwright@devaughnjames.com
ATTORNEYS FOR PLAINTIFF



By: /s/ Michael A. Childs_____
     Michael A. Childs #10811
7045 College Blvd., Suite 800
Overland Park, KS 66211
(913) 825-4663 (Telephone)
(913) 825-4674 (Facsimile)
michael.childs@zuirchna.com
ATTORNEYS FOR DEFENDANTS